FRANCIS DOUGHERTY et al., Respondents, *v.* HENRY J.
McGUCKIN, Appellant.

(Argued December 23, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 6, 1890, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*Daniel P. Mahony* for appellant.

*Hector M. Hitchings* for respondents.

Agree to affirm; no opinion
All concur.
Judgment affirmed. _____

RICHARD PIGGOTT, Respondent, *v.* LYNN H. HANCHETT,
Appellant.

(Submitted December 23, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 27, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Wm. Mullen* for appellant.

*George J. Greenfield* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.